IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
KRISTA N. ALBREGTS, BAR NO. 13301

No. 80258

FILED

JUN 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY \_\_\_\_\_S. Young\_\_\_\_\_
DEPUTY CLERK

## ORDER

This is a petition under SCR 111(4) concerning attorney Krista N. Albregts, based on a conviction for resisting a public officer, a misdemeanor. Albregts self-reported the conviction to the State Bar as required by SCR 111(2). Because the conviction is not for a "serious crime" as defined in SCR 111(6), temporary suspension and referral for disciplinary proceedings are not mandatory. SCR 111(7), (8). Albregts' offense of resisting a public officer in the context of a traffic stop[1] is minor and not the type for which professional discipline is typically imposed. Accordingly, having considered the petition and supporting documentation,

---

[1]The charge for disregarding a stop sign was dismissed, and Albregts paid the fine imposed for the resisting offense.

20-24217

we conclude that Albregts' offense does not warrant the imposition of a temporary suspension or referral to a disciplinary panel at this time. SCR 111(9).

It is so ORDERED.[2]

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                              Cadish

cc:     State Bar of Nevada/Las Vegas
        William B. Terry, Chartered

_____

[2]This constitutes our final disposition of this matter. Any further disciplinary matter involving Albregts shall be docketed as a new matter.